```
1    ROBERT L. GOLDSTEIN (CSBN 184226)
     CINDY L. HO (CSBN 227226)
2    LAW OFFICES OF ROBERT L. GOLDSTEIN
     100 BUSH STREET, SUITE 501
3    SAN FRANCISCO, CA  94104
     Telephone: (415) 391-8710 EXT. 107
4    Facsimile: (415) 391-8701
5
     ATTORNEYS FOR MARY ELIZABETH MILES
6
7
8
                    UNITED STATES DISTRICT COURT FOR THE
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11
12
13   UNITED STATES OF AMERICA,        ) Case No.: CV 10 2398 CW
                                      )
14          Plaintiff                 )
                                      )
15      vs.                           )
                                      )
16                                    )
     MARY ELIZABETH MILES; KRISTINA   ) {PROPOSED} ORDER CHANGING TIME
17   A. MILES-TOLAND INDIVIDUALLY     ) OF PLAINTIFF'S MOTION FOR
     AND AS THE TRUSTEE OF THE        ) SUMMARY JUDGMENT HEARING AND
18   TOLAND TRUST; JP MORGAN CHASE    ) EARLY NEUTRAL EVALUATION
     CO.                              ) CONFERENCE
19                                    )
            Defendants.                )
20                                    )
                                      )
21                                    )
22
```

Upon consideration of the STIPULATED MOTION TO CHANGE TIME OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT HEARING AND EARLY NEUTRAL EVALUATION CONFERENCE,

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Summary Judgment be set for March 17, 2011 and the Early

1  Neutral Evaluation Conference to be concluded as soon as
2  thereafter, as convenient to mediator's scheduled. The CMC is continued to March 17 also.
3
4       DATED this __8th__ day of __February__, 2011
5
6                                   BY THE COURT:
7
8
9                                   _____
10                                  Claudia Wilken
11                                  United States District Judge

cc: ADR