MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7063

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>                        Plaintiff,            )<br>                                                          )<br>             v.                                         )<br>                                                          )<br> MARY ELIZABETH MILES et al.,  )<br>                                                          )<br>                        Defendants.      )<br> _____ ) | Case No.  CV 10 2398 CW<br><br>STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT, CASE MANAGEMENT CONFERENCE AND EARLY NEUTRAL EVALUATION<br><br>Date:         March 17, 2011<br>Time:         2:00 PM |

   1. On March 2, 2011 Counsel stipulated:

      A.  to continue the hearing on the government's motion for summary judgment and a Case Management Conference to June 2, 2011 and to postpone associated filing deadlines in accordance with the new date.

      B. To reset Early Neutral  Evaluation to a date after the hearing on summary judgment and a pending criminal trial commitment by government counsel commencing on July 5, 2011.

   3. The parties stipulate to this schedule:

      A. The Court will hear the government's motion for summary judgment on June 2, 2011; associated filing requirements will be in accordance with the June 2, 2011 hearing date.

      B. ENE, if required, will follow the Court's ruling on summary judgment and trial the conclusion of government counsel's criminal matter.

1  IT IS SO STIPULATED:

2                                                MELINDA HAAG
                                               United States Attorney

3

4                                                _____/S/_____
                                               BLAKE D. STAMM
                                               Assistant United States Attorney

5                                                Attorneys for the United States

6

7                                                _____/s/_____
                                               CINDY L. HO

8                                                Attorney for Mary Elizabeth Miles

9

10                                               _____/S/_____
                                               J. BRITTAIN HABEGGER
                                               Attorney for Kristina Miles-Toland

11

12  IT IS SO ORDERED.

13  Dated: 3/2/2011

                                               _____

14                                                THE HONORABLE CLAUDIA WILKEN
                                               UNITED STATES DISTRICT JUDGE

Stipulation and [proposed] Order,
Case No. C-10-02398–CW                   2