MELINDA HAAG (CSBN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE STAMM (CTBA 301887)
Assistant United States Attorney
    11th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7063
    Fax:    (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 10-2398 CW |
|     Plaintiff, | ) ) | STIPULATION TO CONTINUE HEARING ON MOTION FOR |
| v. | ) ) | SUMMARY JUDGMENT, CASE MANAGEMENT CONFERENCE AND |
| MARY ELIZABETH MILES, et al., | ) ) | EARLY NEUTRAL EVALUATION |
|     Defendants. | ) ) | Date:    August 4, 2011<br>Time:    2:00 p.m. |

    The parties hereby stipulate and agree, subject to this Court's approval, as follows:

    A.    To continue the hearing on the government's Motion for Summary Judgment, and the Case Management Conference, from June 2, 2011, to August 4, 2011 and to postpone associated filing deadlines in accordance with the new date.

    B.    To reset Early Neutral Evaluation to a date after the hearing on summary judgment.

    This request is made to accommodate government counsel, who is out of the office due to a surgical procedure performed on May 17, 2011.

//

//

//

IT IS SO STIPULATED:

               MELINDA HAAG
               United States Attorney

Dated: May 19, 2011            /s/
               CYNTHIA L. STIER
               Assistant U.S. Attorney
               Attorneys for the United States of America


Dated: May 19, 2011            /s/
               CINDY L. HO
               Attorney for Mary Elizabeth Miles


Dated: May 19, 2011            /s/
               J. BRITTAIN HABEGGER
               Attorney for Kristina Miles-Toland


  IT IS SO ORDERED, except that hearing and cmc will be held on 8/11.

Dated:  5/23/2011            *Claudia Wilken*
               CLAUDIA WILKEN
               U.S. District Judgment