MELINDA HAAG (CSBN 122612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
  11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7017
  Fax:        (415) 436-7009
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO. CV-10-2398 CW |
| Plaintiff,        ) | STIPULATION TO CONTINUE HEARING |
| v.        ) | |
| MARY ELIZABETH MILES et al.,        ) | |
| Defendants.        ) | |

It is hereby stipulated by and between Plaintiff United States and Defendants Mary Elizabeth Miles and Kristina Miles-Toland, through their respective counsel, that the hearing on the United States' Motion for Summary Judgment be continued from August 11, 2011 to October 6, 2011 at 2:00 p.m. This continuance will allow the United States adequate time to finalize its legal position after obtaining guidance from the Department of Justice in response to Defendant Mary Elizabeth Miles' request for innocent spouse relief (Opposition of Mary Elizabeth Miles at 2-7), and to gather any discovery, if necessary. IT IS SO STIPULATED.

  /s/
CINDY HO
Attorney for Mary Elizabeth Miles

MELINDA HAAG
United States Attorney

  /s/
J. BRITTAIN HABEGGER
Attorney for Kristina Miles-Toland

  /s/
THOMAS MOORE
Chief, Tax Division

PURSUANT TO STIPULATION, IT IS SO ORDERED. **Case management conference is continued to 10/6/2011 at 2:00 p.m.**

_Claudia Wilken_
UNITED STATES DISTRICT JUDGE