IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARY ELIZABETH MILES; KRISTINA A. MILES-TOLAND, individually and as the trustee of the TOLAND TRUST; JP MORGAN CHASE CO.,<br><br>    Defendants.<br>_____/ | No. C 10-2398 CW<br><br>ORDER ON THE PARTIES' STIPULATION, AND DENYING WITHOUT PREJUDICE THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT, Docket No. 26 |

    Pursuant to the parties' stipulation this case is referred to a United States Magistrate Judge to conduct a settlement conference on or before December 31, 2011.

    The Court also vacates the October 6, 2011 hearing on the United States' motion for summary judgment. On January 20, 2011 the United States moved for summary judgment and a decree of sale in this matter. Defendants Mary Elizabeth Miles and Kristina A. Miles-Toland opposed the motion. The United States delayed submission of its reply brief because it sought further guidance from the Department of Justice with respect to its legal position regarding Miles' request for innocent spouse relief and to gather any additional discovery, if necessary. To date the United States has not submitted its reply brief. Relatedly, the parties by stipulation repeatedly rescheduled the hearing on this motion. Thus, this motion has been pending eight months.

    Accordingly, the motion is DENIED without prejudice subject to renoticing by the United States. In the event that the motion

is renoticed, the United States need not refile an opening brief and Miles and Miles-Toland need not refile their opposition. The United States shall file its reply brief within seven days of the date the motion is renoticed. A case management conference will be held on January 11, 2012 at 2:00 pm. Case management statements are due one week in advance.

IT IS SO ORDERED.

Dated: 9/23/2011

CLAUDIA WILKEN
United States District Judge

cc: MagRef