UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>        Plaintiff,<br><br>    v.<br><br>Mary E. Miles, et al.,<br><br>        Defendant(s).<br>_____/ | No. C-10-02398 CW (NJV)<br><br>**ORDER RE PLAINTIFF'S LETTER OF JULY 9, 2012** |

The Court has received the letter sent by Plaintiff's counsel on July 9, 2012, and notes once again that counsel has not conformed with the Federal Rules of Civil Procedure nor the Local Rules of this Court. If the parties wish to continue the settlement conference scheduled for Monday, July 16, 2012, they must file a motion or stipulation requesting that relief, together with a proposed order. If the parties propose to continue the settlement conference to a date outside the deadline set by the trial judge, they shall submit a motion to expand the time period in which a settlement conference may be held to the trial judge.

If the motion is not filed and the settlement conference is held on July 16, 2012, the Court will not accept the reasons stated in the letter as a reason for failing to settle the matter.

**IT IS SO ORDERED**.

Dated: July 13, 2012



_____
Nandor J. Vadas
United States Magistrate Judge