IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-2398 CW |
| Plaintiff, | ORDER REQUIRING PARTIES TO MEET AND CONFER |
| v. | |
| MARY ELIZABETH MILES, et al., | |
| Defendants. | |

On August 29, 2012, Defendant Mary Elizabeth Miles filed a notice of automatic bankruptcy stay pursuant to 11 U.S.C. § 362 based on her filing of a bankruptcy petition.

The Court hereby orders the parties to meet and confer as to whether this entire action should be stayed or whether the claims against the other Defendants should proceed. By no later than September 12, 2012, the parties must file either a stipulation to stay this action pending the bankruptcy stay or a joint statement setting forth each party's position with respect to staying this action.

IT IS SO ORDERED.

Dated: September 5, 2012

CLAUDIA WILKEN
United States District Judge