MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorneys, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:     (415) 436-7000
Facsimile:     (415) 436-7009
E-Mail:  Cynthia.stier@usdoj.gov
         michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARY ELIZABETH MILES, ET AL.,<br><br>        Defendants. | Civil No. 4:10-cv-02398-CW<br><br>STIPULATION TO STAY CASE AND [PROPOSED] ORDER |

Plaintiff the United States of America ("United States"), and Defendants Mary Elizabeth Miles ("Mary Elizabeth Miles"), Kristina A. Miles-Toland, Patrick Toland, and JPMorgan Chase Bank, N.A. (collectively, the "Parties"), by and through their undersigned counsel, and pursuant to the Court's Order dated September 5, 2012 (Doc. # 72), hereby stipulated as follows:

1. The United States filed this action, seeking to reduce to judgment outstanding federal tax assessments against Mary Elizabeth Miles, and to foreclose federal tax liens upon Mary Elizabeth Miles' interest in the Subject Property, which is described in more detail in

paragraph 8 of the United States' Complaint, filed on May 28, 2010 (Doc. # 1).

2. The United States filed a Motion for Summary Judgment on January 20, 2011 (Doc. # 26), which the Court resolved in an Order dated March 30, 2012 (Doc. # 59). The issues left unresolved for the Court's March 30th Order were scheduled for a bench trial on October 9, 2012.

3. On August 28, 2012, Mary Elizabeth Miles filed a Petition seeking Chapter 13 protection in the United States Bankruptcy Court for the Northern District of California, Petition No. 12-32494.

4. Mary Elizabeth Miles filed a Notice of Bankruptcy Automatic Stay on August 29, 2012 (Doc. 71), asserting that the instant action is subject to the automatic stay provisions of 11 U.S.C. § 362.

5. In its September 5th Order, the Court ordered the Parties confer as to whether the instant action should be stayed, or whether certain claims should proceed.

6. The Parties have conferred and agree that the instant action should be stayed pending further guidance from the Bankruptcy Court.

7. The United States represents that it anticipates seeking a determination from the Bankruptcy Court regarding whether the instant action, in whole or in part, is, or should be, subject to the automatic stay provisions of 11 U.S.C. § 362, shortly.

8. Accordingly, the Parties hereby jointly request that the Court stay the instant action pending further guidance from the Bankruptcy Court as to whether the instant action, in whole or in part, may proceed without violating the automatic stay provisions of 11 U.S.C. § 362.

| | |
|---|---|
| Respectfully submitted, | MELINDA HAAG<br>United States Attorney |
| s/ Cindy Lan Ho<br>ROBERT LAWRENCE GOLDSTEIN<br>CINDY LAN HO<br>Law Offices of Robert L. Goldstein<br>100 Bush Street, Suite 501<br>San Francisco, CA 94104<br>(415) 391-8710<br>Fax: (415) 391-8701<br><br>Attorneys for Defendant Mary Elizabeth Miles | s/ Michael G. Pitman<br>CYNTHIA STIER<br>MICHAEL G. PITMAN<br>Assistant United States Attorneys, Tax Division<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102<br>(415) 436-7000<br>Fax (415) 436-7009<br><br>Attorneys for Plaintiff the United States of America |
| s/ Sung-Min Christopher Yoo<br>SUNG-MIN CHRISTOPHER YOO<br>AlvaradoSmith<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA 92707<br>(714) 852-6800<br>Fax: (714) 852-6899<br><br>Attorneys for Defendant JPMorgan Chase Bank, N.A. | s/ J. Brittain Habegger<br>J. BRITTAIN HABEGGER<br>MERRILL JAY SCHWARTZ<br>Fitzgerald Abbott & Beardsley LLP<br>1221 Broadway, 21st Floor<br>Oakland, CA 94612-1837<br>(510) 451-3300<br>Fax: (510) 451-1527<br><br>Attorneys for Defendants Kristina A. Miles-Toland & Patrick Toland |

### [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties herein, this case is hereby stayed pending further action in the United States Bankruptcy Court with respect to Petition No. 12-32494. The parties are directed to notify this Court within fifteen days of the Bankruptcy Court's determination, if any, that the instant action may proceed, in whole or in part, without violating the automatic stay provisions of 11 U.S.C. § 362.

SO ORDERED this  10th  day of  September , 2012.

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION TO STAY CASE
AND [PROPOSED] ORDER
CIVIL NO. 4:10-cv-02398-CW

3