IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

MARY E. MILES, at al.,

      Defendants.

                              /

No. C 10-2398

ORDER FOR STATUS REPORTS

On September 7, 2012, the parties filed a stipulation to stay this case. The Court entered an order on September 10, 2012, granting the stipulation and vacating all pending dates. The parties have filed nothing further since. The parties are ordered to file a joint status report one week from the date of this order, and every 28 days thereafter, describing their efforts to reach a disposition of this case. The parties shall notify the bankruptcy court that this Court is awaiting its ruling.

Dated: 10/10/2012

CLAUDIA WILKEN
United States District Judge