IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-02398 CW |
| Plaintiff, | ORDER ADMINISTRATIVELY CLOSING CASE |
| v. | |
| MARY E. MILES, | |
| Defendant. | |

IT IS HEREBY ORDERED that:

1. There appears to be no further reason at this time to maintain this case as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

2. Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 3/1/2013

CLAUDIA WILKEN
United States District Judge