MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorneys, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-7000
Facsimile:   (415) 436-7009
E-Mail:  Cynthia.stier@usdoj.gov
        michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARY ELIZABETH MILES, ET AL.,<br><br>　　　　Defendants. | Civil No. 4:10-cv-02398-CW<br><br>STIPULATION TO STAY CASE AND [PROPOSED] ORDER |

　　　　Plaintiff the United States of America ("United States"), and Defendants Mary Elizabeth Miles ("Mary Elizabeth Miles"), Kristina A. Miles-Toland, Patrick Toland, and JPMorgan Chase Bank, N.A. (collectively, the "Parties"), by and through their undersigned counsel, and pursuant to the Court's Order dated September 5, 2012 (Doc. # 72), hereby stipulate as follows:

　　　　1.　　　The United States filed this action, seeking to reduce to judgment outstanding federal tax assessments against Mary Elizabeth Miles, and to foreclose federal tax liens upon Mary Elizabeth Miles' interest in the Subject Property, which is described in more detail in

paragraph 8 of the United States' Complaint, filed on May 28, 2010 (Doc. # 1).

2. The United States filed a Motion for Summary Judgment on January 20, 2011 (Doc. # 26), which the Court resolved in an Order dated March 30, 2012 (Doc. # 59). The issues left unresolved for the Court's March 30th Order were scheduled for a bench trial on October 9, 2012.

3. On August 28, 2012, Mary Elizabeth Miles filed a Petition seeking Chapter 13 protection in the United States Bankruptcy Court for the Northern District of California, Petition No. 12-32494.

4. Mary Elizabeth Miles filed a Notice of Bankruptcy Automatic Stay on August 29, 2012 (Doc. 71), asserting that the instant action is subject to the automatic stay provisions of 11 U.S.C. § 362.

5. On September 9, 2012, the Parties submitted a Stipulation requesting that the Court stay the instant action pending further guidance from the Bankruptcy Court as to whether the instant action may proceed without violating the automatic stay provisions of 11 U.S.C. § 362 (Doc. # 73).

6. The Court granted the Parties' Stipulation on September 10, 2012 (Doc. # 74).

7. On October 18, 2012, the United States filed a Motion for Relief from Stay with the Bankruptcy Court, requesting that the Bankruptcy Court lift the automatic stay to allow the United States to pursue its claims in the instant action.

8. On January 4, 2013, the Bankruptcy Court held a hearing, and, inter alia, granted the United States' Motion for Relief from Stay, and also granted Mary Elizabeth Miles relief from stay in order to pursue her request for relief pursuant to 26 U.S.C. § 6015(f) in the United States Tax Court.

9. On January 8, 2013, Mary Elizabeth Miles filed a Petition in the United States Tax Court, which was assigned docket number 748-13, and in which she requested relief pursuant to 26 U.S.C. § 6015(f).

10. The Parties have conferred and agree that the instant action should be stayed pursuant to 26 U.S.C. § 6015(e)(1)(B) pending resolution of Mary Elizabeth Miles' request for relief pursuant to 26 U.S.C. § 6015(f) in the United States Tax Court.

11. The Parties also respectfully request that they be excused from the October 10th Order's requirement that they file periodic status reports, and that they be required instead to file a status report within 30 days of the resolution of Mary Elizabeth Miles' request for relief pursuant to 26 U.S.C. § 6015(f) in the United States Tax Court.

Respectfully submitted,

|  |  |
|---|---|
|  | MELINDA HAAG<br>United States Attorney |
| s/ Cindy Lan Ho<br>ROBERT LAWRENCE GOLDSTEIN<br>CINDY LAN HO<br>Law Offices of Robert L. Goldstein<br>100 Bush Street, Suite 501<br>San Francisco, CA 94104<br>(415) 391-8710<br>Fax: (415) 391-8701<br><br>Attorneys for Defendant Mary Elizabeth Miles | s/ Michael G. Pitman<br>CYNTHIA STIER<br>MICHAEL G. PITMAN<br>Assistant United States Attorneys, Tax Division<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102<br>(415) 436-7000<br>Fax (415) 436-7009<br><br>Attorneys for Plaintiff the United States of America |
| s/ Sung-Min Christopher Yoo<br>SUNG-MIN CHRISTOPHER YOO<br>AlvaradoSmith<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA 92707<br>(714) 852-6800<br>Fax: (714) 852-6899<br><br>Attorneys for Defendant JPMorgan Chase Bank, N.A. | s/ J. Brittain Habegger<br>J. BRITTAIN HABEGGER<br>MERRILL JAY SCHWARTZ<br>Fitzgerald Abbott & Beardsley LLP<br>1221 Broadway, 21st Floor<br>Oakland, CA 94612-1837<br>(510) 451-3300<br>Fax: (510) 451-1527<br><br>Attorneys for Defendants Kristina A. Miles-Toland & Patrick Toland |

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the Parties herein, and for good cause shown, it is hereby ORDERED that this case is hereby stayed pending the resolution of Mary Elizabeth Miles' request for relief pursuant to 26 U.S.C. § 6015(f) in the United States Tax Court. It is further ORDERED that the Parties are excused from the requirement, set forth in the Court's Order dated October 10, 2012 (Doc. # 76), that they file periodic status reports in this matter. It is further ORDERED that the Parties are to file a joint status report no later than 30 days after the

1  resolution of Mary Elizabeth Miles' request for relief pursuant to 26 U.S.C. § 6015(f) in the

2  United States Tax Court.

3

4

5  SO ORDERED this __1st__ day of __March__, 2013.

6                                                  _____
                                                   THE HONORABLE CLAUDIA WILKEN
7                                                  UNITED STATES DISTRICT JUDGE

STIPULATION TO STAY CASE
AND [PROPOSED] ORDER                    5
CIVIL NO. 4:10-CV-02398-CW